UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:24-cv-00494 JLT SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Docs. 7, 8) |

  Carlos Martinez initiated this action against the United States of America under *Bivens*[1] and the Federal Tort Claims Act due to the United States Postal Service's alleged negligence related to the delivery and handling of Plaintiff's mail. (Doc. 1.)

  The Magistrate Judge recommended Plaintiff's complaint be dismissed with prejudice for lack of jurisdiction. (Doc. 7.) The Magistrate Judge first found the complaint does not state a claim under *Bivens* because no *Bivens* action lies against the United States itself or against a federal agency. *FDIC v. Meyer*, 510 U.S. 471, 484 (1994). Second, the Magistrate Judge noted the USPS has not waived sovereign immunity for "[a]ny claim arising out of the loss, miscarriage or negligent transmission of letters and postal matter." (Doc. 7 at 6 (quoting 28 U.S.C. § 2680(b)). Further, the Supreme Court observed that the terms of § 2680(b) include claims for "for injuries arising, directly or consequentially, because mail either fails to arrive at all or arrives late, in

---

[1] *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).

damaged condition, *or at the wrong address*." *Dolan v. Postal Service*, 546 U.S. 481, 489 (2006) (emphasis added). Because the United States has not waived its sovereign immunity for negligent transmission of mail, the Magistrate Judge concluded Plaintiff's claim under the FTCA be dismissed for lack of jurisdiction with prejudice. (Doc. 7 at 6.) On August 8, 2024, Plaintiff filed objections. (Doc. 8.)

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated July 22, 2024 (Doc. 7) are **ADOPTED** in full.
2. This action is **DISMISSED** with prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __August 12, 2024__                                          _____
                                                                                        UNITED STATES DISTRICT JUDGE

2